# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAVONNA S. BARNES | |
| Plaintiff | CASE NO.: 8:18-CV-01473-PJM |
| v. | |
| NCC BUSINESS SERVICES, INC., *et al.* | |
| Defendants | |

## DEFENDANT SUN RIDGE ASSOCIATES, LP D/B/A AUTUMN WOODS APARTMENTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments ("Sun Ridge"), answers Plaintiff's Complaint, and states:

### INTRODUCTION

1. Sun Ridge admits that Plaintiff lived in the Autumn Woods apartment complex in Bladensburg, Maryland from December 2015 through December 2017. Sun Ridge further admits that Plaintiff filed a rent escrow case in the District Court of Maryland. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the remaining allegations set forth in Paragraph 1 of Plaintiff's Complaint, and therefore, denies these allegations.

2. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 2 of Plaintiff's Complaint, and therefore, denies these allegations.

3. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 3 of Plaintiff's Complaint, and therefore, denies these allegations.

4. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 4 of Plaintiff's Complaint, and therefore, denies these allegations.

5. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 5 of Plaintiff's Complaint, and therefore, denies these allegations.

6. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 6 of Plaintiff's Complaint, and therefore, denies these allegations.

7. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 7 of Plaintiff's Complaint, and therefore, denies these allegations.

8. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 8 of Plaintiff's Complaint, and therefore, denies these allegations.

## PARTIES

9. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 9 of Plaintiff's Complaint, and therefore, denies these allegations.

10. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 10 of Plaintiff's Complaint, and therefore, denies these allegations.

11. Sun Ridge admits the allegations set forth in Paragraph 11 of Plaintiff's Complaint.

12. Sun Ridge admits that it is a limited partnership and the owner of Autumn Woods Apartments. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the remaining allegations set forth in Paragraph 12 of Plaintiff's Complaint, and therefore, denies these allegations.

13. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 13 of Plaintiff's Complaint, and therefore, denies these allegations.

14. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 14 of Plaintiff's Complaint, and therefore, denies these allegations.

15. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 15 of Plaintiff's Complaint, and therefore, denies these allegations.

16. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 16 of Plaintiff's Complaint, and therefore, denies these allegations.

17. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 17 of Plaintiff's Complaint, and therefore, denies these allegations.

18. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 18 of Plaintiff's Complaint, and therefore, denies these allegations.

## JURISDICTION AND VENUE

19. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 19 of Plaintiff's Complaint, and therefore, denies these allegations.

20. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 20 of Plaintiff's Complaint, and therefore, denies these allegations.

## STATEMENT OF FACTS

21. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 21 of Plaintiff's Complaint, and therefore, denies these allegations.

22. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 22 of Plaintiff's Complaint, and therefore, denies these allegations.

23. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 23 of Plaintiff's Complaint, and therefore, denies these allegations.

24. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 24 of Plaintiff's Complaint, and therefore, denies these allegations.

25. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 25 of Plaintiff's Complaint, and therefore, denies these allegations.

26. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 26 of Plaintiff's Complaint, and therefore, denies these allegations.

27. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 27 of Plaintiff's Complaint, and therefore, denies these allegations.

28. Sun Ridge admits the allegations set forth in Paragraph 28 of Plaintiff's Complaint.

29. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 29 of Plaintiff's Complaint, and therefore, denies these allegations.

30. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 30 of Plaintiff's Complaint, and therefore, denies these allegations.

31. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 31 of Plaintiff's Complaint, and therefore, denies these allegations.

32. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 32 of Plaintiff's Complaint, and therefore, denies these allegations.

33. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 33 of Plaintiff's Complaint, and therefore, denies these allegations.

34. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 34 of Plaintiff's Complaint, and therefore, denies these allegations.

35. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 35 of Plaintiff's Complaint, and therefore, denies these allegations.

36. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 36 of Plaintiff's Complaint, and therefore, denies these allegations.

37. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 37 of Plaintiff's Complaint, and therefore, denies these allegations.

38. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 38 of Plaintiff's Complaint, and therefore, denies these allegations.

39. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 39 of Plaintiff's Complaint, and therefore, denies these allegations.

40. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 40 of Plaintiff's Complaint, and therefore, denies these allegations.

41. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 41 of Plaintiff's Complaint, and therefore, denies these allegations.

42. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 42 of Plaintiff's Complaint, and therefore, denies these allegations.

43. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 43 of Plaintiff's Complaint, and therefore, denies these allegations.

44. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 44 of Plaintiff's Complaint, and therefore, denies these allegations.

45. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 45 of Plaintiff's Complaint, and therefore, denies these allegations.

## COUNT ONE - VIOLATION OF THE MARYLAND CONSUMER DEBT COLLECTION ACT (AUTUMN WOODS AND NCC ONLY)

46. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 46 of Plaintiff's Complaint, and therefore, denies these allegations.

47. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 47 of Plaintiff's Complaint, and therefore, denies these allegations.

48. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 48 of Plaintiff's Complaint, and therefore, denies these allegations.

49. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 49 of Plaintiff's Complaint, and therefore, denies these allegations.

50. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 50 of Plaintiff's Complaint, and therefore, denies these allegations.

51. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 51 of Plaintiff's Complaint, and therefore, denies these allegations.

52. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 52 of Plaintiff's Complaint, and therefore, denies these allegations.

## COUNT TWO - VIOLATION OF THE MARYLAND CONSUMER PROTECTION ACT
### (AUTUMN WOODS AND NCC ONLY)

53. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 53 of Plaintiff's Complaint, and therefore, denies these allegations.

54. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 54 of Plaintiff's Complaint, and therefore, denies these allegations.

55. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 55 of Plaintiff's Complaint, and therefore, denies these allegations.

56. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 56 of Plaintiff's Complaint, and therefore, denies these allegations.

57. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 57 of Plaintiff's Complaint, and therefore, denies these allegations.

58. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 58 of Plaintiff's Complaint, and therefore, denies these allegations.

59. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 59 of Plaintiff's Complaint, and therefore, denies these allegations.

## COUNT FIVE - VIOLATION OF THE FAIR CREDIT REPORTING ACT - IMPERMISSIBLE ACCESS (DEFENDANT NCC ONLY)

60. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 60 of Plaintiff's Complaint, and therefore, denies these allegations.

61. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 61 of Plaintiff's Complaint, and therefore, denies these allegations.

62. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 62 of Plaintiff's Complaint, and therefore, denies these allegations.

63. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 63 of Plaintiff's Complaint, and therefore, denies these allegations.

64. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 64 of Plaintiff's Complaint, and therefore, denies these allegations.

65. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 65 of Plaintiff's Complaint, and therefore, denies these allegations.

66. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 66 of Plaintiff's Complaint, and therefore, denies these allegations.

67. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 67 of Plaintiff's Complaint, and therefore, denies these allegations.

68. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 68 of Plaintiff's Complaint, and therefore, denies these allegations.

### COUNT SIX - VIOLATION OF THE FAIR CREDIT REPORTING ACT - FAILURE TO INVESTIGATE (DEFENDANT NCC ONLY)

69. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 69 of Plaintiff's Complaint, and therefore, denies these allegations.

70. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 70 of Plaintiff's Complaint, and therefore, denies these allegations.

71. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 71 of Plaintiff's Complaint, and therefore, denies these allegations.

72. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 72 of Plaintiff's Complaint, and therefore, denies these allegations.

73. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 73 of Plaintiff's Complaint, and therefore, denies these allegations.

74. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 74 of Plaintiff's Complaint, and therefore, denies these allegations.

75. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 75 of Plaintiff's Complaint, and therefore, denies these allegations.

76. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 76 of Plaintiff's Complaint, and therefore, denies these allegations.

77. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 77 of Plaintiff's Complaint, and therefore, denies these allegations.

78. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 78 of Plaintiff's Complaint, and therefore, denies these allegations.

**COUNT SEVEN - VIOLATION OF THE FAIR CREDIT REPORTING ACT - FAILURE TO INVESTIGATE (DEFENDANTS EXPERIAN, EQUIFAX, AND TRANSUNION)**

79. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 79 of Plaintiff's Complaint, and therefore, denies these allegations.

80. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 80 of Plaintiff's Complaint, and therefore, denies these allegations.

81. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 81 of Plaintiff's Complaint, and therefore, denies these allegations.

82. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 82 of Plaintiff's Complaint, and therefore, denies these allegations.

83. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 83 of Plaintiff's Complaint, and therefore, denies these allegations.

### COUNT EIGHT - VIOLATION OF THE FAIR CREDIT REPORTING ACT - FAILURE TO MAINTAIN REASONABLE PROCEDURES (DEFENDANTS EXPERIAN, EQUIFAX, AND TRANSUNION ONLY)

84. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 84 of Plaintiff's Complaint, and therefore, denies these allegations.

85. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 85 of Plaintiff's Complaint, and therefore, denies these allegations.

86. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 86 of Plaintiff's Complaint, and therefore, denies these allegations.

## COUNT NINE - DEFAMATION (ALL DEFENDANTS)

87. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 87 of Plaintiff's Complaint, and therefore, denies these allegations.

88. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 88 of Plaintiff's Complaint, and therefore, denies these allegations.

89. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 89 of Plaintiff's Complaint, and therefore, denies these allegations.

90. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 90 of Plaintiff's Complaint, and therefore, denies these allegations.

91. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 91 of Plaintiff's Complaint, and therefore, denies these allegations.

92. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 92 of Plaintiff's Complaint, and therefore, denies these allegations.

93. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 93 of Plaintiff's Complaint, and therefore, denies these allegations.

94. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 94 of Plaintiff's Complaint, and therefore, denies these allegations.

95. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 95 of Plaintiff's Complaint, and therefore, denies these allegations.

## COUNT TEN - INVASION OF PRIVACY - FALSE LIGHT (ALL DEFENDANTS)

96. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 96 of Plaintiff's Complaint, and therefore, denies these allegations.

97. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 97 of Plaintiff's Complaint, and therefore, denies these allegations.

98. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 98 of Plaintiff's Complaint, and therefore, denies these allegations.

99. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 99 of Plaintiff's Complaint, and therefore, denies these allegations.

100. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 100 of Plaintiff's Complaint, and therefore, denies these allegations.

101. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 101 of Plaintiff's Complaint, and therefore, denies these allegations.

102. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 102 of Plaintiff's Complaint, and therefore, denies these allegations.

103. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 103 of Plaintiff's Complaint, and therefore, denies these allegations.

## COUNT ELEVEN - CLAIM FOR ATTORNEY'S FEES ALLOWED BY LAW (ALL DEFENDANTS)

104. Sun Ridge is without sufficient knowledge or information at this time to form a belief as to the truth of the allegations set forth in Paragraph 104 of Plaintiff's Complaint, and therefore, denies these allegations.

## AFFIRMATIVE DEFENSES

1. The Court lacks subject matter jurisdiction over this matter.

2. There is no personal jurisdiction over this Defendant.

3. Venue is improper.

4. Process and service of process upon this Defendant are insufficient.

5. Plaintiff has failed to state a claim upon which relief can be granted.

6. Plaintiff's claims are barred by accord and satisfaction.

7. Plaintiff's claims are barred by arbitration and award.

8. Plaintiff's claims are barred by waiver and/or release.

9. Plaintiff is estopped from bringing this suit.

10. Plaintiff's claims are further barred by duress, failure of consideration, fraud, illegality, injury be fellow servant, laches, license, payment, res judicata, and the statute of limitations.

11. Defendant reserves the right to assert additional defenses at the trial of this matter

WHEREFORE, Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments requests that the case against it be dismissed, and requests such other and further relief as this cause may require.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

_/s/ David M. Trojanowski_
Patricia H. Beall, #29593
David M. Trojanowski, #19808
600 Baltimore Avenue, Suite 305
Towson, MD 21204
(410) 339-6880
*Attorneys for Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of September 2018, a copy of Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments' Answer to Plaintiff's Complaint was electronically filed and served on all parties via US Mail or CM/ECF.

Ingmar Goldson, Esq.
The Goldson Law Office
1734 Elton Road, Suite 210
Silver Spring, MD 20903

Emanwel J. Turnbull, Esq.
The Holland Law Firm, P.C.
P.O. Box 6268
Annapolis, MD 21401

Nathan D. Adler, Esq.
1 South Street, 27th Floor
Baltimore, MD 21202

H. Mark Stichel, Esq.
Astrachan Gunst Thomas, P.C.
217 E. Redwood St., Suite 2100
Baltimore, MD 21202

Stephen M. DeGenaro, Esq.
Daniel D. DeVougas, Esq.
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001-2113

Robert J. Schukit, Esq.
Schukit & Associates, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077

James M. Connolly
Kramer & Connolly
465 Main Street
Reisterstown, MD 21136

*/s/ David M. Trojanowski*
David M. Trojanowski