# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Southern Division

| | | |
|---|---|---|
| **JAVONNA S. BARNES** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. PJM 18-1473 |
| | * | |
| **NCC BUSINESS SERVICES, INC.,** | * | |
| *et al*. | * | |
| | * | |
| Defendants | * | |

## ORDER

Having considered Plaintiff's Motion to Strike Affirmative Defenses of Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments, ECF No. 36, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 31st day of October, 2018

**ORDERED**

1. Barnes's Motion to Strike, ECF No. 36, is **GRANTED IN PART** and **DENIED IN PART**; and

2. Consistent with the Court's ruling herein, Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments **SHALL FILE** an Amended Answer within ten (10) days from the date of this Order.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**