IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAVONNA S. BARNES<br><br>    Plaintiff<br><br>v.<br><br>NCC BUSINESS SERVICES, INC., *et al.*<br><br>    Defendants | CASE NO. 8:18-CV-01473-PJM |

## ENTRY OF APPEARANCE

Please enter the appearance of Patricia H. Beall, Esquire of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C. on behalf for Defendant Sun Ridge Associates, LP d/b/a Autumn Woods Apartments.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

/s/ Patricia H. Beall
Patricia H. Beall, #29593
600 Baltimore Avenue, Suite 305
Towson, MD 21204
(410) 339-6880
pbeall@moodklaw.com
*Attorneys for Defendant Sun Ridge
Associates, LP d/b/a Autumn Woods
Apartments*

{MD158283.1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 16th day of November, 2018, a true copy of the foregoing was filed via CM/ECF to All Counsel of Record.

                                              /s/ Patricia H. Beall
                                              Patricia H. Beall