**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JAVONNA S. BARNES, | : | CASE NO. 8:18-cv-01473 |
| | : | |
| Plaintiff, | : | JUDGE PETER J. MESSITTE |
| | : | |
| v. | : | **DEFENDANT NCC BUSINESS** |
| | : | **SERVICES, INC.'S RESPONSE TO** |
| NCC BUSINESS SERVICES, INC., *et al.*, | : | **PLAINTIFF'S MOTION FOR A** |
| | : | **SECOND ORDER TO COMPEL AND** |
| Defendants. | : | **FOR SANCTIONS** |

On March 12, 2019, Plaintiff Javonna Barnes ("Plaintiff") filed a Motion for a Second Order to Compel and for Sanctions, and a corresponding Memorandum in Support. *See* Docs. 66, 66-1. Defendant NCC Business Services, Inc. ("NCC") respectfully submits this Response to Plaintiff's Motion and Memorandum in Support.

In her Memorandum in Support, Plaintiff requests, *inter alia*, the following relief:

> b. Order that the jury shall be instructed to draw the following negative inferences because of Sun Ridge discovery violations:
>
> > i. Sun Ridge communicated false and damaging information to NCC, with knowledge that the information was false, and with knowledge that NCC intended to in turn report that false and damaging information to others.

*See* Doc. 66-1, Page 9.

The discovery dispute at issue is between Plaintiff and Defendant Sun Ridge Associates, LP d/b/a Autumn Woods. However, NCC believes that the relief requested by Plaintiff would imply to jurors that NCC had knowledge of allegedly "false and damaging information" and/or knowingly reported allegedly false and damaging information. If Plaintiff is granted the relief she requests, NCC believes that clarifying and/or limiting instructions would need to be provided

so that jurors are not instructed to draw inferences as to NCC's alleged knowledge and/or the effect on Plaintiff of any action(s) or omission(s) of NCC.

                                                Respectfully submitted,

                                                */s/David B. Shaver*
                                                Jeffrey C. Turner, admitted PHV (OH #0063154)
                                                David B. Shaver, admitted PHV (OH #0085101)
                                                Surdyk, Dowd & Turner Co., L.P.A.
                                                8163 Old Yankee Street, Suite C
                                                Dayton, Ohio 45458
                                                (937) 222-2333 | (937) 222-1970 (fax)
                                                jturner@sdtlawyers.com
                                                dshaver@sdtlawyers.com

                                                James M. Connolly (Bar No. 23872)
                                                Kramer & Connolly
                                                465 Main Street
                                                Reisterstown, MD 21136
                                                Tel.: (410) 581-0070
                                                Fax: (410) 581-1524
                                                jmc@kramerslaw.com
                                                *Counsel for NCC Business Services, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed and served this 19th day of March, 2019, via the Court Clerk's CM/ECF system which will provide notice to all counsel of record.

                                                */s/David B. Shaver*
                                                David B. Shaver, admitted PHV (OH #0085101)