IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAVONNA BARNES,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 18-1473** |
| | * | |
| **NCC BUSINESS SERVICES, INC.** | * | |
| | * | |
| and | * | |
| | * | |
| **SUN RIDGE ASSOCIATES, LP** | * | |
| | * | |
| Defendants. | * | |

## ORDER

Having considered Plaintiff's Motion for Partial Summary Judgment, ECF No. 82, Defendant Sun Ridge's response in Opposition, ECF No. 89, Defendant Sun Ridge's Motion for Summary Judgment, ECF No. 90, Defendant NCC's Cross-Motion for Summary Judgment, ECF No. 91, Plaintiff's Consolidated Response and Reply, ECF No. 92, Defendant Sun Ridge's Reply, ECF No. 93, and Defendant NCC's Reply, ECF No. 94, and for the reasons stated during the Motions Hearing on November 8, 2019, it is, this 8th day of November, 2019

**ORDERED**:

1. Plaintiff's Motion for Partial Summary Judgment is **DENIED** as to all counts;

2. Defendant NCC's Motion for Partial Summary Judgment is **GRANTED** as to Counts I, II, IX, X;

3. Defendant NCC's Motion for Partial Summary Judgment is **DENIED** as to Count VI;

4. Defendant Sun Ridge's Motion for Summary Judgment is **GRANTED** as to Counts IX and X;

5. Defendant Sun Ridge's Motion for Summary Judgment is **DENIED** as to Counts I and II;

6. The parties are directed to promptly advise the Court on whether they consent to referral to a Magistrate Judge for settlement discussions.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE